**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00653-CR
No. 05-13-00655-CR

**JESUS ANTONIO DESANTIAGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-83076-2011, 401-80377-2011**

## ORDER

On March 7, 2014, we ordered appellant to file his brief by March 31, 2014. To date, the brief has not been filed, nor has counsel communicated with the Court regarding the status of the brief.

Accordingly, the Court **ORDERS** appellant to file his brief by **APRIL 21, 2014**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order Samuel Rosenstein removed as appellant's appointed attorney of record and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS  
          JUSTICE